# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

JOSE MARTINEZ,

      Petitioner,

v.                               CASE NO.  4:15cv479-RH/CAS

LORETTA LYNCH et al.,

      Respondents.

_____/

## ORDER DISMISSING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed without prejudice as premature."  The clerk must close the file.

SO ORDERED on January 18, 2016.

                    s/Robert L. Hinkle_____
                    United States District Judge